UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

FERNANDO ROLDAN, CESAR MALDONADO
and STEVEN MALDONADO,

<div style="float:right">

**STIPULATION     AND
ORDER          OF
SETTLEMENT     AND
DISMISSAL**

</div>

Plaintiffs,

-against-

07 CV 9364 (BSJ) (HBP)

THE CITY OF NEW YORK, POLICE OFFICER
ROXANNE MORALES-CHEN, POLICE OFFICER
DENNIS O'HARA, POLICE OFFICER DANIEL
MCSHERRY, POLICE OFFICER DANIEL
LUDEMANN,

Defendants.

------------------------------------------------------------------x

WHEREAS, plaintiffs commenced this action by filing a complaint on October 19, 2007, alleging violations of their civil rights pursuant to federal and New York State laws; and

WHEREAS, defendants City of New York, Roxanne Morales-Chen, Dennis O'Hara, Daniel McSherry, and Daniel Ludemann have denied any and all liability arising out of plaintiffs' allegations; and

WHEREAS, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:



1.    The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraphs "2," "3," and "4" below.

2.    The City of New York hereby agrees to pay plaintiff Fernando Roldan the sum of Thirty-Five Thousand Dollars ($35,000.00) in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all of the claims against the named defendants and to release the defendants, and any present or former employees or agents of the City of New York, the New York City Police Department, the New York City Department of Correction, and any other agency of the City of New York, from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorneys' fees.

3.    The City of New York hereby agrees to pay plaintiff Steven Maldonado the sum of Twenty-Five Thousand Dollars ($25,000.00) in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all of the claims against the named defendants and to release the defendants, and any present or former employees or agents of the City of New York, the New York City Police Department, the New York City Department of Correction, and any other agency of the City of New York, from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorneys' fees.

4.    The City of New York hereby agrees to pay plaintiff Cesar Maldonado the sum of Twenty-Two Thousand Five Hundred Dollars ($22,500.00) in full satisfaction of all

claims, including claims for costs, expenses and attorneys' fees.   In consideration for the payment of this sum, plaintiff agrees to dismissal of all of the claims against the named defendants and to release the defendants, and any present or former employees or agents of the City of New York, the New York City Police Department, the New York City Department of Correction, and any other agency of the City of New York, from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorneys' fees.

5.   Plaintiffs shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraphs "2," "3," and "4" above and Affidavits of No Liens.

6.   Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York.   This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

7.   Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, the New York City Police Department, or the New York City Department of Correction.

8.   This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of

3

the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms

and conditions contained herein.

Dated:     New York, New York
           3/27, 2008

RICHARD J. CARDINALE, ESQ.                    MICHAEL A. CARDOZO
Cardinale & Marinelli                         Corporation Counsel of the City of
26 Court Street, Suite 1815                       New York
Brooklyn, NY 11242                            Attorney for Defendants
(718) 624-9391                                100 Church Street
                                              New York, NY 10007
                                              (212) 227-4071


By: _____        By: _____
    Richard J. Cardinale (RC 9567)      Susan P. Scharfstein (SS 2476)


SO ORDERED:

_____
BARBARA S. JONES, U.S.D.J.

4